McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-cr-072 NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |
| JOSE MONGE-PONCE,<br>  aka Ramon Maciel-Ponce,<br>  aka Jose Ponce, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was previously set for a status conference on March 30, 2020, at 1:00 p.m.

2. By this stipulation and out of an abundance of caution, the parties agree to reset the status conference for May 18, 2020, at 1:00 p.m., in light of the COVID-19 pandemic.

3. Time has been excluded to and through the trial date of June 16, 2020.

////

////

1

IT IS SO STIPULATED.

DATED: March 16, 2020. Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: March 16, 2020.

/s/ E. Marshall Hodgkins
E. MARSHALL HODGKINS
Counsel for Defendant Monge-Ponce

**O R D E R**

IT IS SO ORDERED.

Dated: **March 16, 2020**         /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE