McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00072-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING VACATING TRIAL DATE; FINDINGS AND ORDER |
| JOSE MONGE PONCE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 30, 2020. and time was excluded to and through that date. The order did not address the trial date, which is currently set for October 26, 2020.

2. By this stipulation, the parties now move to vacate the October 26 trial date.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant recently substituted in as counsel for the defendant. He desires additional time to review discovery, consider the government's plea offer, confer with his client and conduct further investigation.

   b) Counsel for the defendant believes that failure to vacate the trial date would deny

STIPULATION                                       1

him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)      The government does not object to vacating the trial date, particularly in light of the public health concerns cited by General Order 617, and presented by the evolving COVID-19 pandemic.

IT IS SO STIPULATED.

Dated:  September 24, 2020             McGREGOR W. SCOTT
                                                             United States Attorney

                                                             /s/ KAREN A. ESCOBAR
                                                             KAREN A. ESCOBAR
                                                            Assistant United States Attorney

Dated:  September 24, 2020             /s/ KEVIN G. LITTLE
                                                            KEVIN G. LITTLE
                                                            Counsel for Defendant
                                                            JOSE MONGE PONCE

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **September 24, 2020**             /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE