KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant JOSE MONGE PONCE.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00072 NONE SKO |
| Plaintiff, | STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND ORDER |
| v. | |
| JOSE MONGE PONCE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jose Monge Ponce, by and through defendant's counsel of record, hereby stipulate as follows:

1.  A status conference is currently scheduled to take place in this matter on **Wednesday, January 6, 2021 at 1:00 p.m.**

2.  In light of scheduling conflicts and ongoing resolution efforts, the parties propose continuing the status conference to **Wednesday, February 17, 2021 at 1:00 p.m.**

3.  The parties agree that time for purposes of the Speedy Trial Act should be excluded until February 17, 2021, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). The parties further agree that the ends of

1

justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated:  January 4, 2021				McGREGOR W. SCOTT
						United States Attorney


						/s/ KAREN ESCOBAR
						KAREN ESCOBAR
						Assistant United States Attorney


Dated:  January 4, 2021				/s/ KEVIN LITTLE
						KEVIN LITTLE
						Counsel for Defendant
						JOSE MONGE PONCE

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  __**January 4, 2021**__			/s/ *Sheila K. Oberto*
						UNITED STATES MAGISTRATE JUDGE

2