KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone:  (559) 342-5800
Facsimile:   (559) 242-2400
E-Mail: kevin@kevinglittle.com

Attorneys for Defendant JOSE MONGE PONCE.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00072 NONE SKO |
| Plaintiff, | STIPULATION RE: FURTHER CONTINUANCE OF STATUS CONFERENCE AND ORDER |
| v. | |
| JOSE MONGE PONCE, | |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Jose Monge Ponce, by and through defendant's counsel of record, hereby stipulate as follows:

1.      A status conference is currently scheduled to take place in this matter on **Wednesday, April 20, 2021 at 1:00 p.m.**

2.      In light of scheduling conflicts and ongoing resolution efforts, the parties propose continuing the status conference to **Wednesday, July 20, 2022 at 1:00 p.m.**

3.      The parties agree that time for purposes of the Speedy Trial Act should be excluded until April 28, 2021, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). The parties further agree that the ends of

justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: April 13, 2022                          McGREGOR W. SCOTT
                                               United States Attorney


                                               /s/ KAREN ESCOBAR
                                               KAREN ESCOBAR
                                               Assistant United States Attorney


Dated: April 13, 2022                          /s/ KEVIN LITTLE
                                               KEVIN LITTLE
                                               Counsel for Defendant
                                               JOSE MONGE PONCE


## ORDER

Pursuant to the parties' Stipulation, the status conference hearing presently set for Wednesday, April 20, 2022, at 1:00 p.m. is hereby vacated and rescheduled for **Wednesday, July 20, 2022, at 1:00 p.m.**  It is further ordered that time be excluded in the interests of justice based on the grounds set forth in the parties' Stipulation, through and including the continued status conference date of July 20, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.


IT IS SO ORDERED.

Dated:  **April 14, 2022**                     /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE