Jose Monge Ponce
Reg No. 63378-298
Federal Correctional Institution
P.O. BOX 800
Herlong, CA 96113



FILED
JAN 16 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**Public Defender's Office**　　　REQUEST FOR LEGAL REPRESENTATION
FOR THE UNITED STATES DISTRICT　　ON USSG AMENDMENT 821
COURT, EASTERN DISTRICT
2500 Tulare St.
FResno, CA 93721-1318

IN RE: United States of America V. Jose Monge Ponce
       District Case No. 1:19-00072-JLT-SKO

Dear Public Defender:

I am respectfully requesting Legal Representation on the November 1, 2023 USSG Amendmnet 821, that was made fully Retroactive by the United States Sentencing Commission.

If for any reason there should be any other Rules, Procedures,, Forms, or DEpartment could you please let me know.

Thank you so much for your time and attention in this matter.

Executed On _____　　　　　　　_____
Under 28 U.S.C §1746　　　　　　　　Jose Monge Ponce