MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-0072 JLT-SKO |
|---|---|
| Plaintiff, | DESIGNATION OF COUNSEL |
| v. | |
| JOSE MONGE PONCE, ET AL., | |
| Defendants. | |

Please remove Assistant United States Attorney Shelley Weger as co-counsel of record for the plaintiff in the above-referenced case, and from the service list of actions.

Dated: July 9, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney